UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| CHRISTINE KALINAUSKAS ) | |
| ) | |
| ) | |
| PLAINTIFF ) | |
| v. ) | CASE NO. 3:23-cv-75 |
| ) | |
| ) | |
| WAL-MART STORES EAST, LP ) | |
| ) | |
| ) | |
| DEFENDANT ) | |

## NOTICE OF REMOVAL

Defendant Wal-Mart Stores East, LP ("Walmart"), by counsel, for its Notice of Removal of this action from the Warrick Circuit Court, Warrick County, Indiana, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully state as follows:

1. On January 27, 2023, Plaintiff filed an action against Walmart that is currently pending in the Warrick Circuit Court, Civil Action No. 7C01-2301-CT-000196. Walmart was served with a summons on January 31, 2023, and filed its Answer on February 14, 2023.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) and (c) because there is diversity of citizenship between the parties and the total amount in controversy exceeds the jurisdictional minimum of $75,000, although Walmart denies liability to Plaintiff for damages in any amount.

3. Plaintiff is a citizen of Indiana [Compl., ¶1].

1

4. In accordance with *Carden v. Arkoma Associates*, 494 U.S. 185 (1990), the citizenship of a limited partnership, for diversity purposes, is based on the citizenship of each of its general and limited partners.

   a. Defendant Wal-Mart Stores East, LP has one general partner, WSE Management, LLC, and one limited partner, WSE Investment, LLC. The citizenship of an LLC is determined by that of each of its members. *Delay v. Rosenthal Collins Grp., Inc.,* 585 F.3d 1003, 1005 (6th Cir. 2009.)

   b. The sole member of WSE Management, LLC and of WSE Investment, LLC is Walmart Stores East, LLC.

   c. Wal-Mart Stores East, LLC's sole member is Walmart Inc., a citizen of Delaware, its state of incorporation, and Arkansas, the location of its principal place of business.

   d. In light of the foregoing, Wal-Mart Stores East, LP is a citizen of Arkansas and Delaware.

5. The amount in controversy as to Plaintiff's claims against Walmart is legally certain to exceed $75,000, exclusive of interest and costs.

6. This case arises from an incident in which Plaintiff allegedly sustained injury on the premises of a Walmart store in Newburgh, Warrick County, Indiana on or about July 11, 2022, when she reportedly slipped and fell due to an alleged substance on the floor.

8. In the Complaint, Plaintiff seeks unspecified damages for past and future personal injuries.

9. On April 14, 2023, Plaintiff served her responses to Walmart's First Set of Interrogatories and Requests for Production of Documents in which she claimed that she fractured her right elbow joint and underwent surgery as a result of the incident, and that her past medical

expenses alone exceed $50,000. That same day, counsel for Plaintiff confirmed via email that Plaintiff is claiming damages exceeding $75,000, exclusive of interest and costs. See email attached as <u>Exhibit A</u>.

10. When removability is not readily apparent from the initial pleading a notice of removal must be filed within thirty (30) days after receipt of a "copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case … has become removable." 28 U.S.C. § 1446(b)(3). This Notice of Removal is being filed on May 2, 2023, within thirty (30) days of Walmart's receipt of Plaintiff's April 14, 2023 responses to discovery requests and email from Plaintiff's counsel from which Walmart first ascertained that Plaintiff's alleged damages exceed $75,000.00, exclusive of interest and costs.

11. A copy of all process, pleadings, and orders served in Warrick Circuit Court as of the date of the filing of this Notice of Removal is attached hereto as <u>Exhibit B</u>.

12. Written notice of the filing of this Notice of Removal, the Notice and the exhibits thereto, and the Certificate were mailed to Plaintiff's counsel today.

13. True and correct copies of the pleadings enumerated will be filed with the Clerk of the Warrick County Circuit Court.

WHEREFORE, Defendant Wal-Mart Stores East, LP respectfully request the removal of this action from the Warrick County Circuit Court to this Court for all other appropriate proceedings.

                                Respectfully submitted,

                                */s/ Emily C. Lamb*
                                Jennifer Kincaid Adams
                                Emily C. Lamb (Atty. No. 30371-10)
                                Joanne Lynch
                                BLACKBURN DOMENE & BURCHETT, PLLC
                                614 West Main Street, Suite 3000
                                Louisville, KY 40202
                                Tel: 502-584-1600
                                Fax: 502-584-9971
                                jadams@bdblawky.com
                                elamb@bdblawky.com
                                jlynch@bdblawky.com
                                *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      This is to certify that on May 2, 2023, a true and correct copy of the foregoing Notice of Removal was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

    Hon. Brandon W. Smith
    Morgan & Morgan
    426 Bank Street, Suite 300
    New Albany, IN  47150
    (812) 670-3313
    brandonsmith@forthepeople.com
    *Counsel for Plaintiff*

                                */s/ Emily C. Lamb*
                                *Counsel for Defendant*